USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EDWARD OPINALDO, :
:
    Plaintiff, : **ORDER**
:
    -against- : 19-CV-8788 (LAK) (JLC)
:
SPRING LONDON LTD. :
:
    Defendant. :
:
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    By Order of Reference dated October 3, 2019 (Dkt. No. 6), Judge Kaplan referred this case to me for general pre-trial supervision. On July 24, 2019, Plaintiff filed an affidavit of service indicating that Defendant had been served on September 26, 2019 (Dkt. No. 5). Defendant's answer (or other response) was thus due on October 17, 2019. As more than a month has passed without an answer (or other response), Plaintiff is hereby directed to file a motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure made returnable before Judge Kaplan by **January 9, 2020**. Failure to file default papers by the court deadline may result in dismissal of this action for failure to prosecute.

    **SO ORDERED.**

Dated: December 9, 2019
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge