```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
```

**Edward Opinaldo,**

        Plaintiff,

v.

**Spring London Ltd.,**

        Defendants.
```
------------------------------x
```

19-CV-8788 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        By letter dated January 14, 2020, counsel for plaintiff informed the Court that this case has been settled in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 14, 2020 if the settlement is not executed by then.

        SO ORDERED.

Dated:     January 15, 2020

                                                    Lewis A. Kaplan
                                           United States District Judge



**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

January 14, 2020

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Opinaldo v. Spring London Ltd. (1:19-cv-8788-LAK-JLC)*

Dear Judge Kaplan,

We represent Plaintiff, Edward Opinaldo, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case within 30 days if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Edward Opinaldo*